UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-115

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOEL MAUCELLO HERNANDEZ (1) | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment without prejudice as to Joel Maucello Hernandez, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 75).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment against Joel Maucello Hernandez is dismissed without prejudice.

Signed: October 11, 2012

Robert J. Conrad, Jr.
Chief United States District Judge